**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:14-cv-24-J-34PDB

JOEL D. HILL,

        Defendant.
_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 9; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on April 15, 2014. In the Report, Magistrate Judge Barksdale recommends that Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 8; Motion) be granted, that the Clerk of the Court be directed to enter default judgment in favor of the United States and against Defendant Joel D. Hill, and that the Clerk of the Court be directed to close the case. See Report at 8-9. Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1] Accordingly, it is hereby

**ORDERED:**

1.The Magistrate Judge's Report and Recommendation (Dkt. No. 9) is **ADOPTED** as the opinion of the Court.

2.Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 8) is **GRANTED**.

---

[1]Beyond the requirements set forth in Rule 55, Federal Rules of Civil Procedure, the Servicemembers Civil Relief Act (SCRA) imposes an additional burden on a plaintiff seeking to obtain a default judgment against an individual defendant. Pursuant to § 521 of the SCRA, in any civil action in which a defendant fails to appear:

> [T]he court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit -
>
> (A) stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or
>
> (B) if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.

50 U.S.C. app. § 521(b)(1).

Although the Magistrate Judge does not specifically address the military service status of the individual defendant in the Report, upon review of the record, it appears that Plaintiff has complied with the requirements of the SCRA. Plaintiff attached to the Motion a Declaration for Entry of Default Judgment in which counsel of record attests that Defendant, Joel D. Hill, "is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520." Motion at 11. The Court finds this representation to satisfy the requirements of the SCRA.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff the United States of America and against Defendant Joel D. Hill, in the following amounts:

   a. $7804.92 in unpaid principal;

   b. $5898.78 in interest as of February 19, 2014;

   c. $780.00 in attorney's fees;

   d. $85.00 in costs;

   e. prejudgment interest accruing on the unpaid principal at the rate of 3.28 percent per year ($.70 per day) beginning on February 20, 2014, through the judgment date; and

   f. post-judgment interest accruing at the rate established by 28 U.S.C. § 1961.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of May, 2014.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record

Joel Hill
111 E. 1st Street, Unit 47
Jacksonville, FL 32206